# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Shaine Carl Cagle, Plaintiff -vs- Charles L. Ryan, et al., Defendants. | CV-16-3912-PHX-JAT (JFM) **Order** |

On February 27, 2018, the undersigned issued a Report & Recommendation (Doc. 71) recommending the dismissal of Defendant Nurse Unknown Black for failure to effect timely service. Upon further review, the Court observes that Plaintiff has filed a Motion to Substitute Party (Doc. 64), seeking to substitute Unknown Larson, RN for Defendant "Unknown Black Nurse Supervisor." That motion remains pending, and appears to address the same defendant required to respond to Count 1 of the Second Amended Complaint, which was the subject of the Report & Recommendation. Accordingly, it appears the Report & Recommendation was premature.

**IT IS THEREFORE ORDERED** that the Report and Recommendation, filed February 27, 2018 (Doc. 71) is **WITHDRAWN**.

Dated: March 2, 2018

16-3912o Order 18 03 01 re Withdraw RR.docx

James F. Metcalf
United States Magistrate Judge

1